IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, | 2007 AUG 30 P 4: 05 |
| Plaintiff, | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| vs. | CASE NUMBER: 2:07-CV-784-MEF |
| PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY, INC., | |
| Defendant. | |

## NOTICE OF REMOVAL

Comes now the Defendant in this action, Progressive Specialty Insurance Company, Inc., and removes this case to the United States District Court for the Middle District of Alabama, Northern Division, and as grounds therefore respectfully shows unto the Court the following:

1.  Plaintiff is believed to be a citizen of the State of Alabama.

2.  Defendant, Progressive Specialty Insurance Company, is a citizen of the State of Ohio, being incorporated under the laws of Ohio and having its principal place of business in Ohio.

3.  Jurisdiction herein is based upon diversity of citizenship, pursuant to 28 U.S.C. Section 1332(a) and 28 U.S.C. Section 1441(a).

4.  Plaintiffs have filed a lawsuit against this Defendant in the Circuit Court of Montgomery County, Alabama, a copy of the Complaint being attached hereto as Exhibit "A", and being made a part hereof.

5. The Complaint seeks an amount and alleges an amount in controversy greater than $75,000.00, exclusive of interest and costs, specifically requesting $100,000.00 in damages.

6. There are no other Defendants to this action besides this Defendant, and this Defendant is removing this case within the applicable time period, pursuant to the aforesaid statutes.

7. Upon the filing of this notice, this Defendant has given written notice thereof to the attorney for Plaintiffs, and has filed a copy of the removal proceedings and notice with the Circuit Court Clerk of Montgomery County, Alabama, all in accordance with the law.

WHEREFORE, this Defendant prays that the removal of said cause to the United States District Court for the Middle District of Alabama, Northern Division, be effected and no further or other proceedings may be had with respect to this matter in the Circuit Court of Montgomery County, Alabama, pending a final decision and determination of controversy in the said United States District Court.

DATED this 30th day of August, 2007.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Law Office of Scott P. Hooker, P.C.
Post Office Box 131055
Birmingham, Alabama 35213

This the 30th day of August, 2007.

_____
OF COUNSEL

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>03-CV-2007-900553.00 |
|---|---|---|

## IN THE CIVIL COURT OF MONTGOMERY, ALABAMA
### PEGGY ROUNSAVALL v. PROGRESSIVE SPECIALTY INSURANCE COMPANY, INC.

**NOTICE TO** PROGRESSIVE SPECIALTY INSURANCE COMPANY, INC., C/O THE CORPORATION COMPA 60 COMMERCE STREET, MONTGOMERY AL, 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY SCOTT HOOKER

WHOSE ADDRESS IS Post Office Box 131055, BIRMINGHAM AL, 35213

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☒ Service by certified mail of this summons is initiated upon the written request of   PEGGY ROUNSAVALL
pursuant to the Alabama Rules of the Civil Procedure

8/13/2007 4:05:28 PM            /s MELISSA RITTENOUR
Date                             Clerk/Register                                   By

☒ Certified mail is hereby requested    /s SCOTT HOOKER
                                         Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
 _____ in _____ County, Alabama on _____

_____                       _____
Date                             Server's Signature





# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

## CIVIL ACTION NUMBER _____

**PEGGY ROUNSAVALL,**

    **Plaintiff,**

v.

**PROGRESSIVE SPECIALTY INSURANCE COMPANY, INC.**, there may be other entities whose true names and identities are unknown to the Plaintiff(s) at this time, who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff(s) when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff(s) will designate these parties in accordance with ARCP 9(h). The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations and unincorporated associations. The symbol by which these parties Defendant are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterization of the symbol applies to more than one "entity". In the present action, the parties Defendant which the Plaintiff must include by descriptive characterization are as follows: Defendant #1, that company which issued a policy of insurance providing uninsured motorist coverage to the Plaintiff,

    **Defendant.**

## **COMPLAINT**

1. The Plaintiff, Peggy Rounsavall, is over the age of nineteen (19) years and a resident citizen of the State of Alabama.

2. The Defendant, Progressive Specialty Insurance Company, Inc., is a corporation engaged in the business of selling insurance in the State of Alabama with their principal office in Montgomery County, Alabama.

3. Defendant #1 is that entity which issued a policy of insurance providing uninsured motorist coverage to the Plaintiff.

4.  On or about the 29th day of March, 2002, upon a public highway, to wit: Pelham Parkway in Shelby County, Alabama, Jian Campren negligently or wantonly caused or allowed a motor vehicle to collide with a motor vehicle occupied by the Plaintiff.

5.  As a proximate consequence of the negligence or wantonness of Jian Campren, the Plaintiff suffered the following injuries and damages:

(a) she suffered injury to her neck;

(b) she suffered injury to her back;

(c) she was caused to suffer physical pain and mental anguish;

(d) she was caused to seek medical treatment and was prevented from going about her normal activities;

(e) she was permanently injured;

(f) she was caused to incur medical expenses to treat and cure her injuries;

(g) she was caused to be hospitalized;

(h) she was caused to lose time from her work and caused to suffer a loss of earned income;

(i) her earning capacity was impaired.

6.  The Plaintiff avers that at the time of the collision described above, Jian Campren did not have in force and affect a liability insurance policy with sufficient policy limits to compensate the Plaintiff for her injuries and damages.

7.  At the time of the collision, the Plaintiff, Peggy Rounsavall, had in full force and effect a policy of insurance issued by the Defendants which provided the Plaintiff with uninsured motorist benefits.

8.  The Plaintiff avers that the Defendant's policy of insurance provided $100,000.00 of underinsured motorist benefits to the Plaintiff.

WHEREFORE, the Plaintiff demands judgment against Defendant, Progressive Specialty Insurance Company, Inc., for those damages sustained by the Plaintiffs up to the amount of insurance provided by Progressive Specialty Insurance Company.

/s/ Scott P. Hooker
Scott P. Hooker (Hoo023)
Attorney for the Plaintiff

OF COUNSEL:
Law Office of Scott P. Hooker, P.C.
Post Office Box 131055
Birmingham, Alabama 35213
(205) 986-8217
sphooker@gmail.com

**The Plaintiff hereby demands a jury for the trial of this cause.**

/s/ Scott P. Hooker
OF COUNSEL

Serve Defendants:
Progressive Specialty Insurance Company, Inc.
c/o The Corporation Company        (Certified Mail)
60 Commerce Street
Montgomery, Alabama 36104

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000263
Cashier ID: khaynes
Transaction Date: 08/30/2007
Payer Name: NIX HOLTSFORD GILLILAND ET AL
------------------------------------
CIVIL FILING FEE
 For: NIX HOLTSFORD GILLILAND ET AL
 Case/Party: D-ALM-2-07-CV-000784-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 2296
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

PEGGY ROUNSAVALL V. PROGRESSIVE
SPECIALTY INS. COMP
```