IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEGGY ROUNSAVALL, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NUMBER: 2:07-CV-784-MEF |
| | * | |
| PROGRESSIVE SPECIALTY | * | |
| INSURANCE COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

## ANSWER TO COMPLAINT

COMES NOW Defendant Progressive Specialty Insurance Company, Inc., by and through the undersigned attorney, and for answer to the Complaint says as follows:

1. This Defendant admits paragraph 1 of the Complaint.

2. Denied.

3. No answer is required of this Defendant as to paragraph 3 of the Complaint.

4. Denied.

5. Denied.

6. Denied.

7. Admitted, subject to the terms and conditions and limitations of the alleged insurance policy.

8. Admitted, subject to the terms and conditions and limitations of the alleged insurance policy.

9. This Defendant affirmatively avers lack of causation between the automobile accident at issue and all or part of the damages being claimed in this case.

10. This Defendant affirmatively avers set-off for all monies received by or available to the Plaintiff as a direct or indirect result of the accident.

11. This Defendant affirmatively avers that it is entitled to a set-off of $120,000.00 in this matter, that being the total amount of the liability insurance proceeds applicable to this case and the primary underinsured motorist benefits applicable to this case.

12. This Defendant affirmatively avers that any liability against it is limited and restricted by the terms and conditions of any applicable insurance policy, including monetary limitations upon recovery, as if all such insurance policy terms and conditions are set forth in full herein.

13. This Defendant pleads the general issue.

14. This Defendant denies all allegations in the Complaint and demands strict proof thereof.

15. This Defendant reserves the right to supplement this Answer as discovery progresses in this case, subject to orders of this Honorable Court.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
  HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Law Office of Scott P. Hooker, P.C.
Post Office Box 131055
Birmingham, Alabama 35213

This the 30 day of Aug., 2007.

_____
OF COUNSEL