IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 28 A 10: 14
DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PEGGY ROUNSAVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 2:07-cv-784-MEF |
| | ) |
| PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Scott P. Hooker, the attorney of record for the plaintiff in the above-styled case, and files this motion to withdraw as counsel of record, and in support thereof shows unto this Court as follows:

1)    The undersigned has taken a position with the defense litigation firm Austill Lewis, P.C.

2)    Consequently, the undersigned will no longer be able to represent the Plaintiff in this cause.

WHEREFORE, PREMISES CONSIDERED, counsel moves this Honorable Court for an order allowing counsel to withdraw as attorney of record.

                                                Scott P. Hooker (Hoo023)
                                                Attorney for the Plaintiff

OF COUNSEL:
Law Office of Scott P. Hooker, P.C.
Post Office Box 131055
Birmingham, Alabama 35213
(205) 986-8217
sphooker@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing answer on the following by placing a copy of same in the United States mail; postage prepaid and properly addressed on this the 25TH day of September, 2007.

Alex L. Holtsford
Nix, Holtsford, Gilliland
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

_____
OF COUNSEL