### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **PEGGY ROUNSAVALL,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:07 cv 784-MEF |
| | * | |
| **PROGRESSIVE SPECIALTY** | * | |
| **INSURANCE COMPANY, INC.,** | * | |
| | * | |
| Defendant. | * | |

### PROPOSED DISCOVERY PLAN

1. In accordance with the *Federal Rules of Civil Procedure* 26(f) and the Court's Order requiring a Proposed Discovery Plan, Defendant submits the following:

2. **Pre-Discovery Disclosures:** The parties shall exchange the information required by *Federal Rules of Civil Procedure* 26(a)(1) within thirty (30) days of the Court's Scheduling Conference Order.

3. **Joinder of Parties and Amendments of Pleadings:** Plaintiff should be allowed until **December 3, 2007** to join additional parties and until **December 15, 2007** to amend the pleadings. Defendants should be allowed until **January 3, 2008** to join additional parties and until **January 15, 2008** to amend the pleadings.

4. **Discovery Plan:** Discovery will be needed on questions of liability, defenses, injuries, damages and other requested remedies.

   a. Discovery shall be completed by **May 12, 2008**.

    b.    Each party may propound a maximum of forty-five (45) interrogatories to any other party. Responses will be due thirty (30) days after service as required by Federal Rule of Civil Procedure 33.

    c.    Each party may propound a maximum of forty-five (45) requests for production to any other party. Responses will be due thirty (30) days after service as required by Federal Rule of Civil Procedure 34.

    d.    There will be a maximum of ten (10) depositions by Plaintiff and ten (10) depositions by Defendants.

    e.    Reports and complete *curriculum vitae* from experts expected to be used at trial under Federal Rule of Civil Procedure 26(a)(2) will be due from the Plaintiff by **March 3, 2008.**

    f.    Reports and complete *curriculum vitae* from expert expected to be used at trial under Federal Rule of Civil Procedure 26(a)(2) will be due from Defendants by **March 3, 2008.**

    g.    Each party will make experts available for deposition no later than four (4) weeks from disclosure.

    h.    Plaintiff's preliminary witness list is due **February 4, 2008**.

    i.    Defendants' preliminary witness list is due **February 18, 2008.**

4.    **Other Items:**

    a.    The parties do not request a conference with the Court before entry of the Scheduling/Discovery Order.

    b.    All dispositive motions should be filed no later than sixty (60) days before the Pre-trial conference scheduled by the Court in this matter.

    c.    Each party shall file their final lists of witnesses no later than ninety (90) days prior to the pre-trial conference. Each party may seek leave of this Court to depose any witness not previously identified by the opposing party.

  d. Each party's final lists of exhibits will be due six weeks prior to the trial date. Exhibits listed therein will be made available to the opposing counsel immediately upon request.

  e. Parties must file objections to the opposing party's final list of witnesses and/or exhibits within 14 days of service.

5. **Pre-trial conference:** The pre-trial conference in this matter shall be set thirty (30) days prior to the trial of this matter.

6. **Trial:** Counsel proposes that trial of this matter be set for **August 11, 2008.** Trial of this matter is expected to take no more than three (3) days.

Respectfully, submitted this the 2nd day of October, 2007.

    s/Alex L. Holtsford, Jr.
    Alex L. Holtsford, Jr. (ASB-9586-D62A)
    Counsel for Defendant Progressive
    Specialty Insurance Company
    *Nix, Holtsford, Gilliland, Higgins &*
     *Hitson, P. C.*
    Post Office Box 4128
    Montgomery, Alabama 36103-4128
    334-215-8585
    334-215-7101 - Facsimile
    aholtsford@nixholtsford.com

## CERTIFICATE OF SERVICE

  I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Scott P. Hooker, Esq.
Counsel for Plaintiff Peggy Rounsavall
*Law Office of Scott P. Hooker, P.C.*
P.O. Box 131055
Birmingham, AL 35213-6055

on this the 2nd day of October, 2007.

              s/Alex L. Holtsford, Jr.
              OF COUNSEL