IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-784-MEF |
| ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel of Record (Doc. #6) filed on September 28, 2007, it is hereby

ORDERED that the motion is set for a hearing on October 19, 2007 at 3:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that plaintiff and her counsel appear in person at said hearing. Counsel for plaintiff is ORDERED to ensure that plaintiff receives a copy of this Order before the hearing so that she may arrange to attend.

DONE this 3rd day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE