IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 2:07-cv-784-MEF |
| ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that the hearing set for October 19, 2007 on the Motion to Withdraw as Counsel of Record (Doc. #6) filed on September 28, 2007 is continued to October 31, 2007 at 10:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that plaintiff and her counsel appear in person at said hearing.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE