IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-784-MEF |
| | ) |
| PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

By an Order (Doc. # 9) dated October 16, 2007, this matter was set for a hearing on October 31, 2007, the Motion to Withdraw as Counsel of Record (Doc. #6) filed on September 28, 2007. It was further ORDERED that both counsel for Plaintiff and Plaintiff appear in person at said hearing. Neither Plaintiff nor her counsel appeared as ordered on October 31, 2007. Counsel for Defendant did appear and waited, along with the Court, for some time to see if Plaintiff or her counsel would appear. In light of the foregoing, it is hereby ORDERED as follows:

1. Plaintiff and her counsel shall show cause in writing by no later than **November 9, 2007**, why they should not be sanctioned for failure to appear.

2. If counsel for Defendant wishes the Court to consider awarding his client the expenses it incurred for him to attend the October 31, 2007 hearing, counsel for Defendant shall file a statement with this Court setting forth the amount of time he spent on October 31,

2007 attending the hearing which Plaintiff and her counsel missed and his standard hourly rate by no later than **November 2, 2007**.

3. In lieu of rescheduling the hearing on another date, this Court is willing to consider foregoing the hearing on the motion assuming that Plaintiff's counsel submits the following to the Court by no later than **November 6, 2007**: (a) a document listing current contact information for the Plaintiff, including but not limited to a mailing address and telephone number and (b) a statement concerning whether Plaintiff has secured new counsel to represent her in this matter.

DONE this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
