IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA   RECEIVED
NORTHERN DIVISION

2007 NOV -6  A 10: 10

| | |
|---|---|
| PEGGY ROUNSAVALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:07 -cv-784-MEF |
| ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, the undersigned attorney of record for the Plaintiff, Peggy Rounsavall, and submits the following notice of change of address:

Scott P. Hooker
Austill Lewis, P.C.
Post Office Box 11927
Birmingham, Alabama 35202-1927
Telephone No: (205) 870-3676
Facsimile No.: (205) 870-3768
E-mail: shooker@maplaw.com

_____
Scott P. Hooker
Attorney for the Plaintiff

OF COUNSEL:
Austill Lewis, P.C.
Post Office Box 11927
Birmingham, Alabama 35202-1927

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following by placing a copy of the same in the United States mail; postage prepaid and properly addressed on this the _5_ day of _November_, 2007.

Mr. Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

_____
OF COUNSEL