IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV -6 A 10: 11

| | |
|---|---|
| PEGGY ROUNSAVALL, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:07-cv-784-MEF |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, the undersigned attorney of record for the Plaintiff, Peggy Rounsavall, and submits the following information per the Court's order of October 31, 2007:

The Plaintiff's current mailing address is:

Ms. Peggy Rounsavall
P O Box 361048
Hoover, AL 35236
(205) 907-0505

The undersigned spoke with Ms. Rounsavall on or about Thursday, October 25, 2007 and was informed that she had secured new counsel to represent her in the above styled case.

_____
Scott P. Hooker
Attorney for the Plaintiff

OF COUNSEL:
Austill Lewis, P.C.
Post Office Box 11927
Birmingham, Alabama 35202-1927

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following by placing a copy of the same in the United States mail; postage prepaid and properly addressed on this the ____ day of November____, 2007.

Mr. Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

_____
OF COUNSEL