IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PEGGY ROUNSAVALL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     **CV 2:07-cv-784-MEF** |
| | ) |
| **PROGRESSIVE SPECIALTY** | ) |
| **INSURANCE COMPANY, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW, the Plaintiff, by and through her attorney of record, and for Response to the Court's Order to Show Cause, states the following:

1. The undersigned counsel of record for Ms. Rounsavall recently closed his solo practice for financial reasons to join a firm.

2. Counsel filed his motion to withdraw after speaking with Mr. Rounsavall.

3. Ms. Rounsavall indicated that she had an attorney she planned on hiring so I believed he would be filing a notice of appearance shortly after our conversation.

4. Unfortunately, it took a while for Mr. Rounsavall and me to meet so she could get her file and, as a result, her new attorney did not file a Notice of Appearance as soon as I thought.

5. After beginning my new job I failed to keep updated on the status of Ms. Rounsavall's case and, accordingly, I was not aware that a hearing had been set on my motion to withdraw.

6. This oversight was completely my responsibility and Ms. Rounsavall had no idea that a hearing had been set where she was required to attend. Accordingly, it is my belief that sanctions against Ms. Rounsavall are not justified.

7. As for myself, my only response is that I completely turned my attention to my new job and failed to stay informed of the status of this case and apologize for any inconvenience I have caused.

      WHEREFORE, PREMISES CONSIDERED, the Plaintiff, by and through her attorney of record, requests that the Court enter an order finding that sanctions should not be imposed against Ms. Rounsavall or the undersigned attorney of record.

                                                             /s/ Scott P. Hooker  
                                                          Scott P. Hooker (Hoo023)  
                                                          Attorney for the Plaintiff

OF COUNSEL:  
Law Office of Scott P. Hooker, P.C.  
Post Office Box 131055  
Birmingham, Alabama 35213  
(205) 986-8217  
sphooker@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing answer on the following by placing a copy of same in the United States mail; postage prepaid and properly addressed on this the  9th   day of  November   , 2007.

Alex L. Holtsford  
Nix, Holtsford, Gilliland  
Higgins & Hitson, P.C.  
Post Office Box 4128  
Montgomery, Alabama 36103

                                                          /s/ Scott P. Hooker  
                                                          OF COUNSEL