IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_____,    )
                                      )
    Plaintiff,                    )
                                      )
v.                                    )    CASE NO. _____
                                      )
_____,    )
                                      )
    Defendants,                   )

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW _____, a                         in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

_____    _____

_____                     _____
    Date                           (Signature)

                                   _____
                                   (Counsel's Name)

                                   _____
                                   Counsel for (print names of all parties)
                                   _____

                                   _____
                                   Address, City, State Zip Code

                                   _____
                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

### CERTIFICATE OF SERVICE

I,_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20__, to:

_____

_____

_____

_____

_____

_____


_____                    _____
             Date                                                        Signature