IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEGGY ROUNSAVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-784-MEF |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw As Counsel of Record (Doc. #6) filed on September 28, 2007 by Scott P. Hooker, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Wallace Capel for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 13th day of November, 2007.

                                                   /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE