IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv784-MEF |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

For good cause, it is

ORDERED that this case is set for a scheduling conference on **December 10, 2007, at 10:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

**Prior to the scheduling conference, the Court will review all pending matters on the record. Therefore, the parties should ensure that all responses are part of the record by the date of the scheduling conference.**

Although Defendant has submitted a Rule 26(f) report (Doc. #7), the parties are reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to **confer and to develop** a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **December 3, 2007.**

This case will be set for trial before the district judge during one of that judge's

regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 14th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE