IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv784-MEF |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 10, 2007, this Court held a scheduling conference in the above-referenced case. Prior to the conference, the Court directed Plaintiff, Peggy Rounsavall (Rounsavall), to appear at the conference and to file, with opposing counsel, a joint Rule 26f Report in accordance with the Federal Rules of Civil Procedure. Order of November 14, 2007 (Doc. #17). No joint report was filed, nor did Rounsavall appear at the hearing. Having previously filed a Rule 26f report on behalf of his client, counsel for Defendant did appear, along with the Court. The Court observes this is not the first time Rounsavall has failed to appear at a hearing in this case. Minute Entry (Doc. #11). In light of the foregoing, it is

ORDERED as follows:

1. **On or before December 21, 2007**, Rounsavall shall show cause in writing why she should not be sanctioned for failure to appear.

2. If counsel for Defendant wishes the Court to consider awarding his client

the expenses it incurred for him to attend the scheduling conference on December 10, 2007, counsel for Defendant shall file a statement with this Court setting forth the amount of time he spent on December 10, 2007, attending the hearing which Rounsavall missed and his standard hourly rate on or before **December 13, 2007**.

3. **On or before December 21, 2007**, Rounsavall shall show cause in writing why the undersigned should not recommend to the district judge that this case be dismissed for abandonment of claims and failure to comply with this Court's Orders.

DONE this 10th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE