IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEGGY ROUNSAVALL, | * | |
| | * | |
|    Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 2:07-cv-784-MEF |
| | * | |
| PROGRESSIVE SPECIALTY | * | |
| INSURANCE COMPANY, INC., | * | |
| | * | |
|    Defendant. | * | |

### RESPONSE TO COURT ORDER

COMES NOW Defendant Progressive Specialty Insurance Company, and in response to the Order dated December 10, 2007, states as follows:

1. This Defendant does not seek to recover attorney fees or expenses, because time spent attempting to recover such money would probably outweigh the amount of a potential recovery. However, Defendant does respectfully request that the lawsuit be dismissed, for lack of prosecution. The undersigned attorney has now appeared in Court for two separate hearings, with no appearance by Plaintiff or on behalf of Plaintiff. The automobile accident in question occurred on March 29, 2002, nearly six years ago. Plaintiff recovered significant money from the alleged tortfeasor, but has never actively attempted to claim money from this Defendant except to file a lawsuit. For the past four years, Progressive Specialty Insurance Company has attempted to work with the Plaintiff to resolve the claim,

without much response at all. The latest non-appearance at two separate hearings is consistent with the lack of activity to pursue a contractual claim by this particular Plaintiff. This Defendant believes strongly that Plaintiff has failed to properly prosecute the claim and the lawsuit, and requests that this lawsuit be dismissed accordingly.

/s/ Alex L. Holtsford, Jr.
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Peggy Rounsavall
Post Office Box 361048
Hoover, Alabama   35236

This the 13th day of December, 2007.

/s/ Alex L. Holtsford, Jr.
OF COUNSEL