# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PEGGY ROUNSAVALL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Civil Action No.: 2:07-cv-784-MEF** |
| ) | |
| **PROGRESSIVE SPECIALITY** ) | |
| **INSURANCE COMPANY, INC.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Leah M. Fuller, of the law firm of Farris, Riley & Pitt, L.L.P., and files this Notice of Appearance stating and requests that the Court enter their names as attorney of record for the Plaintiff, Peggy Rounsavall.


　　　　　　　　　　　　　　　　　　*s/ Leah M. Fuller*
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
The Massey Building, Suite 400
2025 Third Avenue North
Birmingham, Alabama 35203
(205) 324-1212

## CERTIFICATE OF SERVICE

      I hereby certify that I have this the 21st day of December, 2007, electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103

                                            *s/ Leah M. Fuller*
                                            OF COUNSEL