| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Peggy Rounsavall  1/2/08 |
| 1. Article Addressed to:<br><br>Peggy Rounsavall<br>PO Box 361048<br>Hoover, AL 35236<br><br>07cv784   2205C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 7081 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540