# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PEGGY ROUNSAVALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 2:07cv784-MEF |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S RESPONSE TO THE RECOMMENDATION
### OF THE MAGISTRATE JUDGE

On November 13, 2007, an Order was entered by this Court granting Plaintiff's counsel's Motion to Withdraw.  The Order granting the withdrawal of attorney Scott Hooker was mailed to the Plaintiff on November 14, 2007.  The case was set for a Scheduling Conference on December 10, 2007 before the Honorable Wallace Capel, Jr.  The clerk's record does not reflect whether notice regarding the Scheduling Conference was mailed to the Plaintiff.  The clerk's record does reflect that the Order sent to the Plaintiff was returned to the clerk as unclaimed mail on December 14, 2007.  The clerk's record also shows that the Plaintiff subsequently received a copy of the Order on January 2, 2008.

A Notice of Appearance was filed by the undersigned counsel of record on December 21, 2007.  At the time of her appearance, Plaintiff's counsel was unaware of the previous discovery and pleadings filed in the matter at hand.  Plaintiff's counsel acknowledges the receipt of the Recommendation of the Magistrate Judge as filed on January 7, 2008.

The Plaintiff and her counsel respectfully request the consideration of this Court in accepting their apology for the Plaintiff's inconsistency in pursuing her claims. The Plaintiff was without the advice of counsel during the time that the Court's Orders were set forward, and even had she received proper notice of the Orders, the Plaintiff was without the advice of counsel as to how to proceed to ensure compliance with said Orders. The Plaintiff assures the Court that she intends to fully pursue this case and that she has not abandoned her claims.

Respectfully Submitted,

/s/ Leah M. Fuller
Attorney for Plaintiff

OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
The Massey Building, Suite 400
2025 Third Avenue North
Birmingham, Alabama 35203
(205) 324-1212

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 23rd day of January, 2008, electronically filed the foregoing Response to the Recommendation of the Magistrate Judge with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103

                                  */s/ Leah M. Fuller*
                                  OF COUNSEL