IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, | * |
| Plaintiff, | * |
| vs. | *   CASE NUMBER: 2:07cv784 MEF |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, INC., | * |
| Defendant. | * |

### MOTION TO STRIKE RESPONSE TO RECOMMENDATION OF THE MAGISTRATE JUDGE

COMES NOW the Defendant in this matter and moves to strike the response to the recommendation of the Magistrate Judge filed by the Plaintiff attorney on January 23, 2008, on the following grounds:

1. As this Court is well aware, the undersigned attorney attended two separate hearings in which neither the Plaintiff nor a Plaintiff attorney appeared in Court. This Honorable Court gave Plaintiff and her attorney multiple opportunities to cure such problems. Those problems have been well documented. As a result of the failure to properly prosecute this lawsuit, the United States Magistrate Judge recommended that this case be dismissed on January 7, 2008. Still, the Plaintiff was given until January 21, 2008, to object to the recommendation. Even during that period of time, no objection or other documentation was filed, attempting to keep this case active. The failure to prosecute this case by the Plaintiff has been

blatant.  A late response now, in light of the other factors referenced above, and as set forth in other pleadings, should not be accepted.  This case should be dismissed for lack of prosecution.

WHEREFORE, Defendant moves to strike the untimely response of the Plaintiff attorney, and again requests that this case be dismissed.

/s/Alex Holtsford
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
aholtsford@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Leah Fuller
FARRIS, RILEY & PITT, L.L.P.
The Massey Building, Suite 400
2025 Third Avenue North
Birmingham, Alabama   35203

This, the 24th day of January, 2008.

/s/Alex Holtsford
ALEX L. HOLTSFORD, JR.