# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PEGGY ROUNSAVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:07cv784-MEF |
| | ) |
| PROGRESSIVE SPECIALITY | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE HER RESPONSE TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE**

1.      As previously stated, the Plaintiff's previous counsel withdrew from this case on November 14, 2007.  The Plaintiff denies that she was aware that a Scheduling Conference was to be held in her case on December 10, 2007.  She further denies receiving notice of the results of the Scheduling Conference.  She certainly was not aware that she had failed to comply with direct orders issued by this Honorable Court, and there is no record from the clerk showing that any pleadings or orders other than the order granting the withdrawal of counsel was ever received by the Plaintiff.

2.      As previously stated, a Notice of Appearance was filed by the undersigned counsel of record on December 21, 2007.  At the time of her appearance, Plaintiff's counsel was unaware of the previous discovery and pleadings filed in the matter at hand, including any outstanding orders from the Court.

3.      Plaintiff's counsel has since been in touch with the Plaintiff's previous counsel and has

taken possession of the Plaintiff's file, which is extensive. The Plaintiff should not be punished for the oversight of her previous attorney in failing to notify her of the deadlines set in her case. She obtained replacement legal counsel at her earliest opportunity and has entrusted them with the continued prosecution of her case. Likewise, the Plaintiff should not be punished for the oversight of her current attorney in filing a response to the recommendation of the magistrate judge one day late. Since its conception, this case has involved multiple parties and claims, some of which were transferred to this court from circuit court and some of which were not. Plaintiff's counsel is actively working to familiarize herself with the intricacies of this case. Counsel for the Plaintiff assures this Court that such an oversight will not occur again in the future.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her the opportunity to continue the prosecution of her claims against this Defendant under the advice of the undersigned counsel.

Respectfully Submitted,

/s/ Leah M. Fuller
Attorney for Plaintiff

OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
The Massey Building, Suite 400
2025 Third Avenue North
Birmingham, Alabama 35203
(205) 324-1212

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 24th day of January, 2008, electronically filed the foregoing Response to the Recommendation of the Magistrate Judge with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103


                              */s/ Leah M. Fuller*
                              OF COUNSEL