# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PEGGY ROUNSAVALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil Action No. 2:07cv784-MEF |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH ORDER

COMES NOW the undersigned attorney of record for the Plaintiff in the above-styled action and certifies unto this Court the following:

1. Pursuant to the Order dated January 25, 2008, counsel for the Plaintiff represents that she has mailed a copy of said Order to the Plaintiff.

2. Pursuant to the Order dated January 25, 2008, counsel for the Plaintiff represents that she has reviewed the contents of said Order in detail with the Plaintiff.

3. Pursuant to the Order dated January 25, 2008, counsel for the Plaintiff represents that she has reviewed each and every pleading, Order and documented filed in this case.

Respectfully Submitted,

                                                                       */s/ Leah M. Fuller*
                                                                       Attorney for Plaintiff

OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
The Massey Building, Suite 400
2025 Third Avenue North
Birmingham, Alabama 35203
Tel. (205) 324-1212
Fax (205) 324-1255
lmfuller@frplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 30th day of January, 2008, electronically filed the foregoing Response to the Recommendation of the Magistrate Judge with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103

*/s/ Leah M. Fuller*
OF COUNSEL