IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEGGY ROUNSAVALL, | * | |
| | * | |
|    Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 2:07 cv 784-MEF |
| | * | |
| PROGRESSIVE SPECIALTY | * | |
| INSURANCE COMPANY, INC., | * | |
| | * | |
|    Defendant. | * | |

### REPORT OF 26(f) CONFERENCE AND PROPOSED JOINT DISCOVERY PLAN

    1.    The parties in this action have conferred in accordance with the *Federal Rules of Civil Procedure* 26(f) and the Court's Order entered in this action. As required by the *Federal Rules of Civil Procedure* and the Court's order, the Parties submit the following Proposed Discovery Plan:

    2.    **Pre-Discovery Disclosures:**    The parties shall exchange the information required by *Federal Rules of Civil Procedure* 26(a)(1) within thirty (30) days of entry of the Court's Scheduling Conference Order.

    3.    **Joinder of Parties and Amendments of Pleadings:**  Plaintiff should be allowed until **February 29, 2008** to join additional parties and until **March 7, 2008** to amend the pleadings. Defendants should be allowed until **March 14, 2008** to join additional parties and until **March 21, 2008** to amend the pleadings.

4. **Discovery Plan:** Discovery will be needed on questions of liability, defenses, injuries, damages and other requested remedies.

    a. Discovery shall be completed by **October 10, 2008**.

    b. Each party may propound a maximum of forty-five (45) interrogatories to any other party. Responses will be due thirty (30) days after service as required by Federal Rule of Civil Procedure 33.

    c. Each party may propound a maximum of forty-five (45) requests for production to any other party. Responses will be due thirty (30) days after service as required by Federal Rule of Civil Procedure 34.

    d. There will be a maximum of ten (10) depositions by Plaintiff and ten (10) depositions by Defendants.

    e. Reports and complete *curriculum vitae* from experts expected to be used at trial under Federal Rule of Civil Procedure 26(a)(2) will be due from the Plaintiff by **August 1, 2008.**

    f. Reports and complete *curriculum vitae* from experts expected to be used at trial under Federal Rule of Civil Procedure 26(a)(2) will be due from Defendant by **September 1, 2008.**

    g. Each party will make experts available for deposition no later than four (4) weeks from disclosure.

    h. Plaintiff's preliminary witness list is due **September 1, 2008**.

    i. Defendants' preliminary witness list is due **September 1, 2008.**

4. **Other Items:**

    a. The parties do not request a conference with the Court before entry of the Scheduling/Discovery Order.

    b. All dispositive motions should be filed no later than sixty (60) days before the Pre-trial conference scheduled by the Court in this matter.

    c.    Each party shall file their final lists of witnesses six weeks prior to the pre-trial conference. Each party must seek leave of this Court to depose any witness not previously identified by the opposing party.

    d.    Each party's final lists of exhibits will be due six weeks prior to the trial date. Exhibits listed therein will be made available to the opposing counsel immediately upon request.

    e.    Parties must file objections to the opposing party's final list of witnesses and/or exhibits within 14 days of service.

5.    **Pre-trial conference:** The pre-trial conference in this matter shall be set thirty (30) days prior to the trial of this matter.

6.    **Trial:** Counsel proposes that this matter will be ready for trial by December 15, 2008 or the first Jury Civil Term the court schedules thereafter. Trial of this matter is expected to take no more than three (3) days.

Respectfully, submitted this the 30th day of January, 2008.

| | |
|---|---|
| s/Alex L. Holtsford, Jr. | s/ Leah Fuller |
| Alex L. Holtsford, Jr. (ASB-9586-D62A) | Leah Fuller (ASB-9030-E32D) |
| Counsel for Defendant Progressive Specialty Insurance Company | Counsel for the Plaintiff |
| *Nix, Holtsford, Gilliland, Higgins & Hitson, P. C.* | *Farris, Riley & Pitt, LLP* |
| Post Office Box 4128 | 2025 3rd Avenue North, Suite 400 |
| Montgomery, Alabama 36103-4128 | Birmingham, AL 35203 |
| 334-215-8585 | Tel. (205) 324-1212 |
| 334-215-7101 - Facsimile | Fax (205) 324-1255 |
| aholtsford@nixholtsford.com | lfuller@frplegal.com |