### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **PEGGY ROUNSAVALL,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | )   **Civil Action No. 2:07cv784-MEF** |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S PRELIMINARY WITNESS LIST

**COMES NOW** the Plaintiff, Peggy Rounsavall, by and through counsel, in the above-styled cause, and hereby submits the following preliminary witness list.

1. Peggy Rounsavall

2. Sian Michelle Campon

3. Rocky Wayne Rounsavall

4. Officer James Chapman

5. David Bledsoe
   Bledsoe Occupational Therapy, Inc.
   272 Snow Drive, Suite 104
   Birmingham, AL 35209

6. Russell Gurley
   Post Office Box 382453
   Birmingham, Alabama 35238

7. Dr. Dallas Russell
   790 Montclair Road, Suite 210
   Birmingham, Alabama 35213

8. Dr. Tim Hedden
   Hedden Chiropractic

9. Dr. Charles Talbert
   Southlake Orthopedics
   4517 Southlake Parkway, Suite 202
   Birmingham, Alabama 35244

10. Dr. James Beretta
    500 Cahaba Park Circle
    Birmingham, Alabama 35242

11. Dr. Zenko Hrynkew

12. Dr. Bradley Goodman
    Alabama Orthopedic & Spine Center

13. Dr. Finley McRae
    Neurosurgery Associates

14. Dr. Robert Eichelberger
    7500 Hugh Daniel Drive, Suite 150
    Birmingham, Alabama 35242

15. Dr. Charles H. Clark, III
    800 St. Vincent's Drive, Suite 700
    Birmingham, Alabama 35205

16. A representative of St. Vincent's Hospital

17. A representative of Greystone Imaging

18. A representative of Radiology Associates of Birmingham

19. A representative of Outpatient Services East

20. A representative of BCBS of Alabama
    Post Office 361647
    450 Riverchase Parkway East
    Hoover, Alabama 35236

21. A representative of Open MRI of Shelby

22. A representative of Quest Diagnostics

23. A representative on behalf of Dr. William Bryant (deceased)

24. Dr. Harry Littleton

25. Dr. Glen Wells

26. Scott Hooker, Esq.

27. A representative of Parisian at the Summit

28. A representative of Progressive Insurance Company

29. A representative of Farmers Insurance Company

30. Any witnesses named by the Defendant.

31. Any witnesses necessary for rebuttal.

32. Plaintiff reserves the right to supplement to add additional witnesses.

33. A custodian of medical records for any of the medical providers for Plaintiff.

34. Any witnesses who have been deposed, including the deposition of such witness.

35. Any witness identified by any parties to this case.

36. All representatives of parties to this action, whether deposed or not.

37. Any and all physicians, surgeons, nurses, or medical professionals, who undertook to treat and care for the Plaintiff.

38. A representative of that entity responsible for payment of the Plaintiff's health care benefits.

39. Plaintiff reserves the right to call any rebuttal witnesses.

          *s/ Leah M. Fuller*
          Leah M. Fuller
          BAR I.D. # DUB011
          Attorneys for Plaintiff

OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
2025 3rd Avenue North
Suite 400
Birmingham, AL  35203
Tel. (205) 324-1212
Fax. (205) 324-1255
lfuller@frplegal.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this the 2 $^{nd}$ day of September, 2008, electronically filed the foregoing Plaintiff's Preliminary Witness List with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103

          *s/ Leah M. Fuller*
          OF COUNSEL