# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PEGGY ROUNSAVALL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   **Civil Action No. 2:07cv784-MEF** |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S AMENDED PRELIMINARY WITNESS LIST

    **COMES NOW** the Plaintiff, Peggy Rounsavall, by and through counsel, in the above-styled cause, and hereby submits the following amended preliminary witness list.

1. Peggy Rounsavall
   Post Office Box 361048
   Hoover, Alabama 35236

2. Sian Michelle Campon
   1114 Wyndham Lane
   Helena, Alabama 35080

3. Rocky Wayne Rounsavall
   Post Office Box 361048
   Hoover, Alabama 35236

4. Officer James Chapman
   3174 Church Street
   Pelham, Alabama 35124

5. Cathy Stephenson
   3430 River Mist Circle
   Birmingham, Alabama 35223

6. David Bledsoe

        Bledsoe Occupational Therapy, Inc.
        272 Snow Drive, Suite 104
        Birmingham, AL 35209

7.     Russell Gurley
        Post Office Box 382453
        Birmingham, Alabama 35238

8.     Dr. Dallas Russell
        790 Montclair Road, Suite 210
        Birmingham, Alabama 35213

9.     Dr. Tim Hedden
        Hedden Chiropractic
        3821 Lorna Road, Suite 107
        Birmingham, Alabama 35244

10.    Dr. Andrew Cordover
        2660 10th Avenue South, Suite 107
        Birmingham, Alabama 35205

11.    Dr. Charles Talbert
        Southlake Orthopedics
        4517 Southlake Parkway, Suite 202
        Birmingham, Alabama 35244

12.    Dr. James Beretta
        500 Cahaba Park Circle
        Birmingham, Alabama 35242

13.    Dr. Zenko Hrynkew
        720 Montclair Road, Suite 201
        Birmingham, Alabama 35213

14.    Dr. Bradley Goodman
        Alabama Orthopedic & Spine Center
        52 Medical Park East Drive
        Birmingham, Alabama 35235

15.    Dr. Finley McRae
        Neurosurgery Associates
        2065 East South Blvd., Suite 204
        Montgomery, Alabama 36116

16.    Dr. Robert Eichelberger
        7500 Hugh Daniel Drive, Suite 150

        Birmingham, Alabama 35242

17. Dr. Charles H. Clark, III
    800 St. Vincent's Drive, Suite 700
    Birmingham, Alabama 35205

18. A representative of St. Vincent's Hospital

19. A representative of Greystone Imaging

20. A representative of Radiology Associates of Birmingham

21. A representative of Outpatient Services East

22. A representative of BCBS of Alabama
    Post Office 361647
    450 Riverchase Parkway East
    Hoover, Alabama 35236

23. A representative of Open MRI of Shelby

24. A representative of Quest Diagnostics

25. A representative on behalf of Dr. William Bryant (deceased)

26. Dr. Harry Littleton
    Birmingham, Alabama

27. Dr. Glen Wells
    2022 Medical Center Drive, Suite 305
    Birmingham, Alabama 35209

28. Scott Hooker, Esq.
    300 Richard Arrington Jr. Blvd.
    Birmingham, Alabama 35203

29. A representative of Parisian at the Summit

30. A representative of Progressive Insurance Company

31. A representative of Farmers Insurance Company

32. Any witnesses named by the Defendant.

33. Any witnesses necessary for rebuttal.

34. Plaintiff reserves the right to supplement to add additional witnesses.

35. A custodian of medical records for any of the medical providers for Plaintiff.

36. Any witnesses who have been deposed, including the deposition of such witness.

37. Any witness identified by any parties to this case.

38. All representatives of parties to this action, whether deposed or not.

39. Any and all physicians, surgeons, nurses, or medical professionals, who undertook to treat and care for the Plaintiff.

40. A representative of that entity responsible for payment of the Plaintiff's health care benefits.

41. Plaintiff reserves the right to call any rebuttal witnesses.


        *s/ Leah M. Fuller*
        Leah M. Fuller
        BAR I.D. # DUB011
        Attorneys for Plaintiff

OF COUNSEL:

**FARRIS, RILEY & PITT, L.L.P.**
2025 3rd Avenue North
Suite 400
Birmingham, AL 35203
Tel. (205) 324-1212
Fax. (205) 324-1255
lfuller@frplegal.com


## CERTIFICATE OF SERVICE

I hereby certify that I have this the 2nd day of September, 2008, electronically filed the

foregoing Plaintiff's Amended Preliminary Witness List with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103

                                             *s/ Leah M. Fuller*
                                             OF COUNSEL