IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PEGGY ROUNSAVALL,               *
                                *
        Plaintiff,              *
                                *
vs.                             *        CASE NUMBER:2:07cv784 MEF
                                *
PROGRESSIVE SPECIALTY           *
INSURANCE COMPANY, INC.,        *
                                *
        Defendant.              *

## DEFENDANT'S PRELIMINARY WITNESS LIST

COMES NOW, the Defendant, Progressive Specialty Insurance Company, Inc., by

and through undersigned counsel, and does hereby submit the following preliminary witness

list:

1.      Dr. Charles Talbert
        Southlake Orthopaedics Sports Medicine & Spine Center, P.C.
        4517 Southlake Parkway, Suite 202
        Birmingham, Alabama 35244

2.      Any witnesses needed for rebuttal purposes; and

3.      The Defendant reserves the right to supplement and amend this witness list
        after additional discovery is conducted.

Filed, this, the 2 day of September, 2008.


        /s/Alex Holtsford, Jr.
        ALEX L. HOLTSFORD, JR. (HOL048)
        Attorney For Defendant


Page 1 of  2

OF COUNSEL:
NIX HOLTSFORD GILLILAND
     HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
aholtsford@nixholtsford.com


## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

> Leah M. Fuller, Esq.
> FARRIS, RILEY & PITT, L.L.P.
> The Massey Building
> 2025 3rd Avenue North, Suite 400
> Birmingham, Alabama 35203

This, the 2nd day of September, 2008.

                    /s/Alex Holtsford
                    ALEX L. HOLTSFORD, JR.