IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEGGY ROUNSAVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-784-MEF |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | (WO) |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **J U D G M E N T**

On the 16th day of January, 2009, after this cause had been submitted to a jury, a verdict was returned by the jury as follows:

We, the jury, find in favor of:

_____ the plaintiff Peggy Rounsavall and award her compensatory damages in the amount of $_____

or

√\_\_\_\_ the Defendant, Progressive Specialty Insurance Company, Inc.

SO SAY WE ALL.

DONE this   16th   day of January, 2009.

/s/ Jimmie L. DeRamus
FOREPERSON

It is, therefore, the ORDER, JUDGMENT, and DECREE of the Court:

1. That judgment is entered in favor of the defendant and against the plaintiff;

2.  That costs be taxed against the plaintiff for which execution may issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 23rd day of January, 2009.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE